AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED

SEP 0 5 2006

U.S. MAGISTRATE JUDGE
ORLANDO, FL

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| | CASE NUMBER: 06-MJ-1337 |
| DANILO SIMOES CROCE | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning on or about an unknown date, but continuing until on or about September 5, 2006, in Orange County, in the Middle District of Florida, and elsewhere, defendant DANILO SIMOES CROCE

did knowingly and willfully combine, conspire, confederate, and agree with other persons both known and unknown to commit the following offenses against the United States:

a. To knowingly use the mails for the mailing, carriage in the mails, and delivery of obscene matter, in violation of 18 U.S.C. § 1461.

b. To knowingly use any express company, other common carrier, and interactive computer service (as defined in section 230(e)(2) of the Communications Act of 1934), for carriage in interstate and foreign commerce of any obscene matter, in violation of Title 18, United States Code, Section 1462.

in violation of Title 18, United States Code, Section(s) 371. I further state that I am a(n) Postal Inspector with the United States Postal Inspection Service, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
Linda J. Walker

Sworn to before me and subscribed in my presence,

September 5, 2006                    at      Orlando, Florida

DAVID A. BAKER
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

COUNTY OF ORANGE
STATE OF FLORIDA

CASE NO. 06-MJ-1337

I, Linda J. Walker, being duly sworn, do hereby depose and state:

1.      I am a Postal Inspector with the United States Postal Inspection Service at Tampa, Florida, and have been so employed for the past twelve (12) years. I have been assigned to investigate violations of child pornography and related child exploitation statutes for approximately two years. I have attended specialized training to include Internet Crimes Against Children Investigator's Training in Covington, Georgia; the 19th National Symposium on Child Abuse in Huntsville, Alabama; the 15th and 16th Annual Crimes Against Children Conferences in Dallas, Texas; and in-service training conducted by the U.S. Postal Inspection Service. I am also a member of the North Florida Internet Crimes Against Children Task Force.

2.      This affidavit is being submitted for the purposes of obtaining an arrest warrant for DANILO SIMOES CROCE. Based on the investigation that has been conducted to date, there is probable cause to believe that CROCE has conspired with FERNANDA CLEMENTE and others known and unknown to operate a business involved in the distribution of obscene matter by use of the United States mail, an express carrier, and an interactive computer service, in violation of 18 U.S.C. § 371. The objects of this conspiracy are violations of 18 U.S.C. §§ 1461 and 1462. The information contained in this affidavit is based upon my personal observations and training, as well as information that was provided to me by other Postal Inspectors and investigators. Because this affidavit is being submitted for the limited purpose of supporting the issuance of a criminal complaint, I have not included every fact known to me concerning this investigation.

1

## APPLICABLE STATUTES

3.     Title 18, United States Code, Section 1461, makes it a federal crime to knowingly use the mails for the mailing, carriage in the mails, or delivery of anything declared by this section or section 3001 (e) of title 39 to be nonmailable. Every obscene article matter, thing, device, or substance is declared to be nonmailable matter and shall not be conveyed in the mails or delivered from any post office or by any letter carrier.

4.     Title 18, United States Code, Section 1462, makes it a federal crime to knowingly use any express company or other common carrier or interactive computer service for carriage in interstate or foreign commerce any obscene material. Under the test set forth by the Supreme Court in *Miller v. California*, 413 U.S. 15 (1973), material is obscene if: 1) an average person applying contemporary community standards finds that the material taken as a whole appeals to the prurient interest; 2) an average person applying contemporary community standards finds that the material depicts sexual conduct in a patently offensive manner; and 3) a reasonable person, viewing the material as a whole, finds that the material lacks serious literary, artistic, political or scientific value.

## BACKGROUND ON FETISH-TYPE FILES

5.     On or about November 2003, I received a referral from Postal Inspector Beth Bendel from Miami Division Headquarters. Inspector Bendel had begun an investigation into a company that sells video tapes and DVDs of multiple fetish-type films, to include scat, piss, vomit, bukkake, and fisting.

6.     "Scat" as used in this affidavit refers to a genre of adult movies that include depictions of human defecation.

2

7.      "Piss" as used in this affidavit refers to a genre of adult movies that include depictions of human urination.

8.      "Vomit" as used in this affidavit refers to a genre of adult movies that include depictions of humans forcing the expulsion of the contents of their stomachs.

9.      "Bukkake" as used in this affidavit refers to a genre of adult movies that include depictions of many adult males ejaculating on a single female.

10.     "Fisting" as used in this affidavit refers to a genre of adult movies that include depictions of the insertion of fisted hands (and sometimes other objects), into human female vaginas and male and female anuses.

## BACKGROUND ON DRAGON FILMS

11.     The referral that I received on November 30, 2003, was for a company called Dragon Films.  Dragon Films has an internet website, www.dragonfilms.com.br.

12.     On or about June 2, 2003, Lam Nguyen, Computer Forensics Specialist with the Department of Justice, Criminal Division, had conducted an analysis of a network of websites collectively known as Dragon Films, including:
www.dragonfilms.com.br, www.mfxvideo.com, www.scatinbrazil.com,
www.scatdomination.com, www.mfvideo.com.br, www.leticiamiller.com,
www.leticiamillervideos.com, www.lmvideo.com, www.vomitbrazil.com.  I have reviewed some of the content of each of these website as well.  All of the sites appeared related in content and style, and the sites referenced each other through links in various sections of their respective pages.  According to the websites, orders were accepted from anywhere nationwide, and could be paid for by a variety of methods including major credit cards, check, cash or Paypal.

3

13.     The Dragon Films websites initially directed payments to bank accounts in the name of Lexus Multimedia. The sole signatory on the Lexus Multimedia bank accounts is DANILO SIMOES CROCE.

14.     The Dragon Film websites direct interested purchasers to send checks or cash to one of the two following addresses:  1) 4630 S. Kirkman Rd Box 352, Orlando, FL 32811 USA or 2) PO Box 770758, Coral Springs, FL 33077 USA.  The websites also state that wire transfers could be made to Lexus Multimedia accounts directly.  The following bank information was provided on the above mentioned sites: 1) Lexus Multimedia, Bank of America, routing # 063100277, checking # 003675417384 or 2) Lexus Multimedia Co., Espirito Bank, Miami, Florida USA, account # 0106175047, ABA # 066.009.029, 999 Brickell Avenue, Miami, FL USA.  Per the websites, all deliveries were made through either Express or Priority Mail regardless of destination.

## BACKGROUND ON LEXUS MULTIMEDIA

15.     I have reviewed several filings for Lexus Multimedia that were made with the Florida Secretary of State.  In August 1998, according to Florida Secretary of State documents, Lexus Multimedia was originally incorporated under the name Starlight Tour & Travel Corporation with the principal office listed as 8248 Ambrose Cove Way, Orlando, FL 32819, and with Ruben Toro, 7345 W. Sand Lake Rd., Ste 202, Orlando, FL 32811 as the registered agent.

16.     On March 7, 2001, an amendment was filed with the Florida Secretary of State to change the name of the corporation from Starlight Tour & Travel Corporation to Lexus Multimedia Corp.  On the 2001 Uniform Business Report filed with the Florida Secretary of State on May 23, 2001, DANILO CROCE is listed as an Officer and Director

4

with an address of 5200 NW 55th Blvd #308, Coconut Creek, FL 33073. The principal place of business listed for Lexus Multimedia is PO Box 770758, Coral Springs, FL 33077.

17.     Postal Inspector Bendel had provided me with copies of the post office box application for PO Box 770758, Coral Springs, FL 33077, which is the second payment address provided on the Dragon Films website and the address listed on the corporation records  as the principal office for Lexus Multimedia (see paragraph 16). The box was rented on April 7, 2001 by Mayra Rego. Rego provided Florida Driver's license number R200543806040 as identification. In addition to the applicant, Lexus Multimedia was listed as being authorized to receive mail addressed to the post office box. The street address provided on the box application was 5200 NW 55th Blvd #308, Coconut Creek, FL 33073. Coconut Creek and Coral Springs are both located in Broward County in the Southern District of Florida.

18.     On March 3, 2003, the 2003 For Profit Corporation Uniform Business Report filed with the Florida Secretary of State indicated a change of address for DANILO CROCE from 5200 NW 55th Blvd #308, Coconut Creek, FL 33073 to 7400 Wiles Rd., Ste. 102, Coral Springs, FL 33067. An amendment was filed on August 26, 2003, with the Florida Secretary of State changing the principal place of business to 7345 Sand Lake Rd., Ste. 204, Orlando, FL 32819. On June 14, 2004, an amendment filed with the Florida Secretary of State reflected several address changes. The principal office for Lexus Multimedia was filed as 7345 W. Sand Lake Rd., Ste. 222, Orlando, FL 32819. The names and addresses of the Directors and Officers of the corporation were listed as DANILO CROCE, Director, President, and Treasurer, 4658 Middlebrook Rd., #S, Orlando, FL 32811, and FERNANDA CLEMENTE, Director and Secretary, 4658 Middlebrook Rd #S, Orlando, FL 32811.

5

19.     On or about January 10, 2005, I visited the building located at 7345 W. Sand Lake Dr, Orlando, FL. (which was listed as the principal office of Lexus Multimedia – see paragraph 18 above).   An inquiry to the Florida Department of State Division of Corporations showed a change of address for Lexus Multimedia to 7345 W. Sand Lake Rd., Suite 222, Orlando, FL 32819 effective June 14, 2004.  The door to suite 222 was closed.  On September 20, 2004, DANILO CROCE, Director, President, Lexus Multimedia Corp had filed a corporate name change with the Florida Secretary of State to change the corporate name to Lex Multimedia Corp.

20.     A check of corporate records indicated an amendment was filed with the Florida Secretary of State on November 7, 2005, changing the principal place of business for Lex Multimedia from 7345 W. Sand Lake Rd, Suite 222, Orlando, FL 32819 to 943 S. Kirkman Rd, Suite 163, Orlando, FL 32811.  The address of record for the Officers and Directors, DANILO CROCE and FERNANDA CLEMENTE, was also changed, from 4658 Middlebrook Rd., #S, Orlando, FL 32811 to 943 S. Kirkman Rd., Apt. 163, Orlando, FL 32811.

21.     U.S. Postal Service Change of Address records reflect a change of address submitted for Lexus Multimedia, changing its address from 943 S. Kirkman Rd., Apt. 163, Orlando, FL 32811, to 2674 Robert Trent Jones Drive, Apt. 331, Orlando, FL 32835. This change was effective June 21, 2006.

22.     The changes of address for Lexus Multimedia, with the exception of the Sand Lake address, mirror the changes of residence for FERNANDA CLEMENTE.

6

## PURCHASES OF DVDS

23.    On or about June 20, 2003, Nguyen purchased a DVD from www.scatinbrazil.com titled "Toilet Man 6" using an undercover identity. Approximately one week after the order was made, Nguyen received notice via email that the delivery of the video would be delayed for up to 20 days. According to that e-mail notice, the video was not available in the U.S. and would have to be shipped from Brazil.

24.    Nguyen received the video on or about July 9, 2003. The label on the video had a return address of Lexus Multimedia, 4630 S. Kirkman Rd., PMB 352, Orlando FL 32811-2898 (a UPS Store), and a postmark from the Perfumeland Post Office, Orlando, FL. I have reviewed the Toilet Man 6 video. The following is a description of the content of that video:

> Toilet Man 6 begins with an introduction and the following information: Edited by Jack Sotomayor; Camera by Danny Cross and Vanessa Rock; Directed by Danny Cross; Starring Mike "The Prince of Scat", Sabrina Red, Amanda, Najara, Priscilla, Adrielle. The scene begins with a male (M1) lying on a bed with 5 females wearing lingerie and panties. M1 is being caressed and kissed by 5 females. 2 females suck toes of M1. Females caress each other. Females french kiss each other. Females perform oral sex on M1, some simultaneously. One female removes her panties and straddles face of M1. M1 performs oral sex on female. Females suck each others breasts. All six leave the bedroom and walk into another room where there is a table with food and drink. M1 sits on a chair. A female urinates into a glass and hands it to M1, who drinks it. Females eat and drink from table. M1 kneels. Females spit and vomit into mouth and on face and torso of M1. Females kiss M1. M1 lies on the floor in the vomit, and females continue vomiting into his mouth and on his face and torso. Females smear vomit on the entire body of M1. Females urinate into the mouth and on face of M1 as he lies on the floor. Females blow snot from their noses into their fingers and feed it to M1. Females vomit onto the body M1 as he lies on the floor. Females continue to smear vomit from floor onto body of M1. Females kiss M1. Females defecate into the mouth of M1. M1 eats feces. Female kisses M1 and takes feces from his mouth and eats

7

it. Female smears feces on face of M1. Female used her foot to smear feces on face of M1 and M1 sucks her toes. More defecation into mouth of M1. Female makes ball of feces and eats it and feeds it to M1. Females kiss M1 and share feces. Females smear feces on face of M1. Females use their feet to smear feces on the body of M1. Continuation of defecation, smearing and eating of feces. M1 performs oral sex on a female as she straddles him. M1 sits up and females smear vomit, urine and feces all over the body of M1. Females kiss M1.

25.    On or about December 17, 2004, Postal Inspector Jim Dormuth from the Atlanta Division purchased a video from the Dragon Films website titled "Toilet Man 5" using an undercover identity.   On or about December 28, 2004, Inspector Dormuth received the video via Federal Express.  The return address on the package was Lex Multimedia, 4630 S. Kirkman Rd., #352, Orlando FL 32811.

26.    On November 17, 2005, Postal Inspector Paul Suboyu of the Cleveland Field Office of the Postal Inspection Service sent a money order via the U.S. mail to Lex Multimedia, 4630 S. Kirkman Rd., #352, Orlando, FL to purchase a DVD titled "Bukkake 3. " On or about December 1, 2005, a letter bearing the return address Lex Multimedia, 4630 S. Kirkman Rd., #352, Orlando, FL was mailed to Inspector Suboyu informing him that he needed to include $9 for postage and handling for the DVD he had previously ordered. Suboyu sent an additional $9 to Lex Multimedia as payment for the shipping and handling on or about December 14, 2005.

27.    On January 6, 2006, Inspector Suboyu received a U.S. Postal Service priority mail envelope containing a DVD labeled "MFX-486". The return address on the package was Lex Multimedia, 4630 S. Kirkman Rd., #352, Orlando FL 32811.  I have reviewed that video, which was "Bukkkake 3". The following is a description of the content of that video:

8

Bukkake 3 begins with an introduction and the following information: Camera by Danny Crosee and Vanessa Rock; Edited by Jack Sotomayor; Directed by Danny Cross. The scene begins with a female (F1) dancing outside on a round platform. F1 is wearing shorts and a tube top. The platform is surrounding by 13 men. F1 dances on the platform, and is joined by several of the men, who kiss her, rub her legs, crotch and breasts. F1 talks on a cell phone. After F1 hangs up the phone, she gets off the platform and continues dancing. F1 stops dancing, speaks with the men briefly, then the men walk off. F1 walks over to meet with another female (F2), and they sit and talk outside of a house. F2 is wearing shorts and a halter top. The men return and meet and greet F1 and F2. F2 is walked by F1 and the men to a chair, where she is made to sit and her hands are tied behind her. F1 begins to remove F2's shorts, and is assisted by several of the men. F1 and a man remove F2's panties. F1 performs oral sex on F2. The men begin sucking the breasts of F2 after pulling up her halter top. Several other men, standing in a semi-circle behind the chair, masturbate. Most of the men gradually remove their clothing. F2 "forces" F1 to perform oral sex on the men. The men take turns having oral sex performed on them by F2, while F1 watches and often holds F2's hair back and moves her head up and down on the men's penises. F2 often spits on F1. The men take turns ejaculating on the face and upper torso of F2. At one point, F1 pulls the halter top of F2 down around her waist. F2 often appears reluctant to continue performing oral sex on the men. Approximately 25 minutes into the video, F1 removes her shorts. The men continue having oral sex performed on them by F2, and continue to ejaculate on her face and upper torso and in her mouth. The men alternate spitting in the face of F2 as she continues to perform oral sex on the men. F1 rubs her hand through the ejaculation of the torso of F2 and rubs it on F2's face. The men continue to ejaculate and spit on F2's face.

## DOWNLOADS FROM WEBSITES

28.    In addition to purchasing videos from Lexus Multimedia that were sent via the United States Mail, investigators have downloaded videos from Lexus Multimedia websites.

29.    On March 2, 2004, I visited one of the Lexus Multimedia/Dragon Films websites, named www.scatinbrazil.com and purchased and subsequently downloaded the video "Scat Pleasures" in three separate files using an undercover identity. In addition, I

purchased a copy of that video by use of a credit card on July 31, 2006. I have reviewed

that video. The following is a description of the content of that video:

> Download 1 begins with an introduction and that Camera and Directed by: Pablo & Marino; Starring: Amanda & Angel, Giovanna, Latifa. The scene begins with 2 females kneeling on bed wearing negligees. 2 females are kissing and French kissing (females designated as female 1 (F1) and female 2 (F2)). F1 pulls down top of negligee of F2. Kissing continues. F2 removes negligee and lies on bed. F2 has tattoo above left breast and near belly button. Close up of F2's vulva. F1 kisses from breast area to legs to inner thigh of F2. F2 moves to edge of bed with knees up. F1 spits on genital area of F2. F1 performs oral sex on F2    (this is approx 9 min into download) F2 urinates in F1's mouth and on F1's face. F2 kneels on bed with buttocks toward F1. F1 licks anus of F2. F1 inserts finger in anus of F1. F2 defecates into F1's mouth, then into F1s hands. F2 feeds feces to F1. F2 smears feces on F1's face and chest. F1 eats feces. Some conversation/comments made by "actresses" (not in English). F1 licks feces off F2's fingers.

> Download 2 picks up where download 1 left off. F1 licks and sucks toes of F2's feet. F1 smears feces on top of F2's left foot then licks it. F2 rubs right foot through F1's hair. F1 continues to lick and suck F2's foot F1 and F2 kiss. Both get up off bed and walk away.

> END OF PART 1

> PART 2

> 2 females, designated as female 1 (F1) and female 2 (F2), sitting on loveseat talking (not in English). F1 wearing white shorts and orange bra. F2 wearing white shorts and yellow top. Hear knock at door. Female 3 (F3) enters. F3 wearing denim shorts and red top. F3 sits on arm of loveseat and the 3 chat. F1 reaches over and touches breasts of F3. F1 and F2 move chair to side of loveseat & remove coffee table from in front of loveseat. F2 removes F3's shoes. F1 and F2 remove their shorts. F1 and F2 help F3 remove her shorts. All take off their tops. F3 lies on floor. All 3 in panties only. F1 straddles F3. F1 urinates on F3. F1 rubs urine on F3. F1 defecates into mouth of F3 and on F3's face  (approx 15 mins into download). F1 smears feces on F3. F1 and F2 smear feces on F3's body. F2 licks feces and smears around on her hand. F3 sits up and makes ball of feces and licks it. F3 and F2 kiss and pass feces from mouth

10

to mouth F3 and F1 kiss.  F2 and F3 smear feces on F1's body.  F2 smears feces on F3's breast.  F3 smears feces on F2.

Download 3 picks up where download 2 left off.  F3 passes feces mouth to mouth with F1 then F2.  F1 smears feces on F3's leg.  F3 sucks breast of F2.  F3 and F2 smear feces on F1's face.  F3 feeds feces to F2.  F2 passes feces by mouth to F1.  F1 removes panties (F2 removed hers earlier).  F2 lies on floor.  F1 defecates into mouth of F2.  F3 eats some of feces.  All 3 play with feces – roll into ball and pass around.  F3 and F2 French kiss.  F2 inserts ball of feces into mouth and passes mouth to mouth with F3.  F2 and F3 French kiss.  F2 smears feces on F3.  F3 smears feces on F2.  F2 licks breast of F3.  All 3 French kiss.  F1 licks breast of F3.  F1 licks body of F3.  F2 kisses F3.  F1 kisses F3.  F2 rubs breast of F3.  F3 kneels on floor.  F1 and F2 remove F3's panties.  F1 licks anus of F3.  F2 spits on anus of F3 as F1 licks.  F2 kisses F3 as F1 licks anus.  F1 slaps buttocks of F3 (several times).  F1 rubs breasts on anus of F3.  F2 rubs feces on back and buttocks of F1.  All 3 kneel in circle facing each other.  Kiss each other.  All 3 lick each others tongues at the same time.  F1 licks breast of F3.  F1 kisses F3 as F2 licks anus.  F1 rubs F3's anus with her finger.  End of Part 2

Bonus Clip

Rehash of scenes from parts 1 and 2

30.   On July 31, 2006, I visited one of the Lexus Multimedia/Dragon Films websites, named www.mfxvideo.com which re-directed me to another of their websites named www.scatinbrazil.com and purchased and subsequently downloaded the video "Scat and Fist Fucking 2" using an undercover identity and credit card.  My undercover credit card billing statement reflects Lexus Multimedia as the entity to which payment was made.  I have reviewed that video.  The following is a description of the content of that video:

Scat and Fist Fucking 2 begins with an introduction and the following information:  Camera by Pablo; Edited by Silver Ninja; Directed by Reginaldo.  The scene begins with two females in a room on a bed.

Female 1 (F1) is wearing a red camisole, panties and sandals. Female 2 (F2) is wearing a black camisole, panties and sandals. Both females remove their shoes. F1 and F2 kiss. F1 lowers camisole of F2 and sucks F2s breasts. F1 and F2 remove their tops. F2 straddles F1 and kisses. F2 lies on her back. F1 removes panties of F2. F1 performs oral sex on F2. F2 kneels on bed. F1 licks anus of F2 and rubs F2's anus with her finger. F1 gets off bed. F2 fingers her own anus. F1 lies on bed. F2 sucks F1's breasts. F2 performs oral sex on F1. F1 kneels on bed. F2 licks anus of F1. F1 gets off bed and gets jar of what appears to be lubricant. F1 puts lubricant on her hands and puts a glove on her left hand. F1 spreads lubricant on anus of F2. F1 inserts fingers into anus of F2. F2 fingers her vagina. F1 puts more lubricant on glove. F1 inserts her fingers into anus of F2. F1 removes glove and spreads more lubricant on F2's anus. F1 inserts fingers into F2's anus. F1 adds more lubricant as she inserts fist in F2's anus. F2 urinates on bed as F1 inserts fingers into her anus. F1 pulls fecal matter from F2's anus. F2 licks hand and sucks fingers of F1 that had been inserted in her anus. F2 performs same acts on F1 (glove on right hand instead of left). Scene switches from bed to couch, which is located next to the bed in the same room, then back to bed. F1 lies on bed on her back while F2 inserts her fingers into F1's vagina. F2 adds lubricant to her hand. F2 inserts her fingers into F1's vagina. F2 inserts her fist into F1s vagina. F1 appears to be experiencing discomfort or pain. F2 removes fist. Camera shows close up of F1s vulva. F1 and F2 switch positions and F1 performs same acts on F2. F2 kneels on bed. F1 inserts fist into F2s vagina. F2 fingers her vagina as F1 inserts her fist in F2's vagina. F2 inserts her fingers into her own anus. Camera shows close up of F2's vagina while F1 holding folds open. Bonus Clip shows rehash of scenes from video.

## DANILO SIMOES CROCE

31.     As noted above, CROCE is identified as the Officer, Director, Treasurer, President for Lexus Multimedia on filings that were submitted to the Florida Secretary of State. In addition, CROCE opened and controlled the bank accounts of Lexus Multimedia, and received portions of the proceeds that were made from the sale of videos and downloads by Lexus Multimedia, among other things.

32.    As noted above in paragraph 14, the websites of Dragon Films identify a bank account at Bank of America where payments can be made (Bank of America, routing # 063100277, checking # 003675417384). I have reviewed records that were obtained from Bank of America for that account.

a.    The account is a Business Economy Checking account in the name of Lexus Multimedia Corp.  DANILO CROCE is the sole signatory on the Corporate Signature Card with his title listed as President/Director/Secretary/Treasurer.   The date of that signature card is May 14, 2002.

b.    Copies of Articles of Amendment to Articles of Incorporation were included showing a name change of the Florida profit corporation from Starlight Tour & Travel Corporation to Lexus Multimedia. The name and address of the Director and Officer of the Corporation is listed as DANILO CROCE, 5200 NW 55th Blvd., #308, Coconut Creek, FL 33073. This is the same address provided by Mayra Rego when she completed the post office box application for PO Box 770758 in Coral Springs, FL (see paragraph 17 above). FERNANDA CLEMENTE signed the Articles of Amendment as President of the company. Included in the bank records was a copy of DR-105, Sales and Use Tax Return, for Lexus Multimedia Corp c/o DANILO CROCE, PO Box 770758, Coral Springs, FL 33077.

c.    Also included in the bank records was information that the name and address of the current registered agent for Lexus Multimedia was Ruben Toro, 7345 W. Sand Lake Rd., Ste 202, Orlando, FL 32819.

33.    As noted above in paragraph 14, the websites of Dragon Films also identify a bank account at Espirito Bank where payments can be made (Espirito Bank, account #

13

0106175047, ABA # 066.009.029, 999). I have reviewed records that were obtained from Espirito Bank for that account.

       a.     This account was opened on April 12, 2001, in the name of Lexus Multimedia Corp, with a mailing address PO Box 770758, Coral Springs, FL 33077. The President of the company is listed as DANILO SIMOES CROCE, and the bank records reflect that Croce was the person who opened the account. In particular, the bank records include a copy of a Brazilian passport that was submitted as identification. That passport is in the name of DANILO SIMOES CROCE, and reflects a date of birth May 2, 1964 and lists his parents as Duilio Gomes Croce and Neusa Simoes Croce. I have compared the photograph on that passport with the photograph on a Florida Driver's License that was issued to DANILO SIMOES CROCE, date of birth May 2, 1964, and the photographs show the same individual.

       b.     Copies of the same Articles of Amendment provided to Bank of America were provided to Espirito Santo Bank.

      34.     I have reviewed the records from Lexus Multimedia's account at Bank of America. Based on my review of those records, payments are made from this account to various Orlando utility companies (OUC, Brighthouse, BellSouth, TECO Peoples Gas). A search of the Orange County Property Appraisers website revealed no properties owned by DANILO CROCE.

      35.     Further review of Bank of America bank records reflects payments beginning in May 2006, payments are made to Rackspace, which is the company that is currently hosting the collection of websites. This account also indicates a significant number of

checks and money orders received, including Inspector Suboyu's money order payment for his undercover purchase (see paragraph 26).

## FERNANDA CLEMENTE

36.    As noted above, FERNANDA CLEMENTE is identified as the Officer and Director for Lexus Multimedia on filings that were submitted to the Florida Secretary of State. In addition, Clemente was and is responsible for receiving payments that are sent to Lexus Multimedia in the Middle District of Florida and for distributing videos.

37.    On June 2, 2004, I visited the location at 4630 S. Kirkman Rd., one of the payment addresses provided on the Dragon Films website. This location is a UPS Store which provides contract mail services and post office boxes. I spoke with Assistant Manager Mike Curtis, who pulled the file for box rental number 352. The application for box 352 was dated May 5, 2003. FERNANDA CLEMENTE had applied for the box. She provided Florida Driver's license number C455243769490 as identification along with a Brazilian passport. An address of 4658 Middlebrook Rd., #S, Orlando, FL was provided on the application along with a telephone number of 407-253-2304.

38.    On February 4, 2005, I contacted the post office that delivers mail to 4658 Middlebrook Rd., #S, Orlando, FL 32811 and verified that mail addressed to both FERNANDA CLEMENTE and Lexus Multimedia is delivered to that address. BellSouth records indicate that telephone number 407-253-2304, (the telephone number provided by Fernanda Clemente when she opened the box rental at the UPS Store and the number found on the Lexus Multimedia websites), was assigned to FERNANDA CLEMENTE, 4658 Middlebrook Rd, Orlando, FL 32811 at that time.

15

39.    On or about May 17, 2005, Postal Inspector Terry Ireland drove by the residence located at 4658 Middlebrook Rd. #S, Orlando, FL at approximately 9:30 A.M. Inspector Ireland saw a 1992 4-door blue Honda sedan, Florida tag X22TFJ, that was registered to DANILO CROCE and FERNANDA CLEMENTE parked in front of the apartment. The trunk of the vehicle was open, and Inspector Ireland observed mail tubs in the trunk.

40.    On or about the week of August 1, 2005, Postal Inspector Terry Ireland notified me that a change of address had been submitted for the address located at 4658 Middlebrook Drive, #S, Orlando, FL. The change of address was for DANILO CROCE and FERNANDA CLEMENTE, effective July 13, 2005. The new address is 943 S. Kirkman Rd., #163, Orlando, FL 32811.

41.    On December 20, 2005, I visited Lex Multimedia's website(s) www.dragonfilms.com.br. The contact telephone number is 407-253-2304. An internet search of this telephone number shows it is still associated with FERNANDA CLEMENTE and Lexus Multimedia, 4630 S. Kirkman Rd #352, Orlando, FL 32811. The order form on the site reflects the same address and telephone number.

42.    On January 23, 2006, I visited the Lex Multimedia website and ordered MFV-56, Mistress Adriana Scat Domination Vol. 1, with the intent of returning the DVD to sender and to conduct surveillance on the return of the mail at the box located at the UPS Store located at 4630 S. Kirkman Rd., Orlando, FL. On January 26, 2006, I received the aforementioned DVD in a priority mail envelope bearing an indicia from postal meter # 0002562711. The returned address was Lex Multimedia, 4630 S. Kirkman Rd., #352, Orlando, FL 32811. I contacted Suncoast District postal employee Ben Tozour and

16

requested information regarding the ownership of postage meter # 002562711.  On February 3, 2006, I received information that meter # 002562711 is assigned to Lexus Media, 943 S. Kirkman Rd, Apt. 163, Orlando, FL 32811.  The meter was obtained on February 25, 2005, and postage in the amount of $500.00 was purchased for the meter on each of the following dates: September 30, 2005; November 21, 2005; and January 11, 2006.

43.     On February 1, 2006, Postal Inspectors conducted surveillance of the residence located at 943 S. Kirkman Rd., #163, Orlando, Florida, and at the UPS Store located at 4630 S. Kirkman Rd., #352, Orlando, FL.  At approximately 11:00 A.M. I gave a flat rate priority mail envelope containing the DVD "Mistress Adriana Scat Domination Vol. 1" addressed to Lexus Multimedia at 4630 S. Kirkman Rd., #352, Orlando, FL 32811 to UPS Store employee Angel Velasquez to be placed in box #352.  Inspectors then conducted surveillance at the UPS Store located at 4630 S. Kirkman Rd., Orlando, FL and at the suspect residence located at 943 S. Kirkman Rd., #163, Orlando, FL.  At approximately 4:10 P.M., Postal Inspectors observed a female believed to be FERNANDA CLEMENTE and a male loading two tubs of mail in the suspect vehicle, a 2002 4-door Chevrolet Cavalier, Florida tag C379WB, located at the apartment at 943 S. Kirkman Rd., #163, Orlando, FL and leave the residence.  At approximately 4:35 P.M. they arrived at and entered the Federal Express office located at 6900 Presidents Drive, Orlando, FL. Inspectors observed them placing the mail from the car on the counter inside the Federal Express store and then leave the store with the two empty mail tubs.  From the Federal Express Store they drove to the UPS Store located at 4630 S. Kirkman Rd., Orlando, FL. Inspectors saw them enter the store and leave carrying mail, including what appeared to

17

be the priority flat rate envelope placed in the box earlier by Angel Velasquez. Josh Steele, the UPS Store manager, verified the mail in box #352 had been picked up by the two individuals observed entering the store. At approximately 6:30 P.M., Inspectors observed the female and male arrive back at the apartment located at 943 S. Kirkman Rd., #163, Orlando, FL, exit the car, and take the mail and the two empty mail tubs into the apartment.

44.    Previously, on March 30, 2005, I spoke with Derek Heckathorn with Federal Express. He was able to obtain records related to the Lexus Multimedia account and provided the following information. The account was opened in September 2004. Point of contact on the account is FERNANDA CLEMENTE, telephone number: 407-355-7200, e-mail address: lexusmultimedia@hotmail.com.

45.    On July 24, 2006, Inspector Ireland informed me he had spoken with personnel at the Orlo Vista Branch of the Orlando Post Office, and they told him they received a change of address for FERNANDA CLEMENTE and DANILO CROCE from the address located at 943 S. Kirkman Rd., #163, Orlando FL 32811 to 2674 Robert Trent Jones Dr., #331, Orlando FL 32835. The change of address was effective on June 15, 2006. Inspector Ireland drove by the new residence and located the vehicle registered to FERNANDA CLEMENTE, a beige Chevrolet Cavalier bearing Florida license tag C379WB, parked outside the residence. The residence is located at the Madison at Metro West condominium complex.

46.    On August 14, 2006, Postal Inspectors conducted surveillance at the residence located at 2674 Robert Trent Jones Dr., #331, Orlando, FL. At approximately 5:10 PM, Inspector Gary Stout saw a female believed to be FERNANDA CLEMENTE and a male approach the suspect vehicle carrying a mail tub with contents. Inspector Stout

18

saw them put the mail tub in the trunk of the vehicle and leave the complex.   At approximately 6:35 PM, Inspector Stout saw them return to the residence and exit the vehicle with a mail tub and its contents.

47.     On August 24, 2006, I received records from Jennifer Flanigan on behalf of Brighthouse Networks.  Brighthouse records reveal a current Road Runner Residential internet connection, installed at 2674 Robert Trent Jones Dr., #331, Orlando FL 32835 on June 4, 2006.  The account holder is FERNANDA CLEMENTE.  As of this date, no other address has been developed in association with Lex Multimedia.  Postal records for the postage meter obtained for Lex Multimedia now reflect an address of 2574 Robert Trent Jones Dr., #331, Orlando FL 32835.

## CONCLUSION

48.     Based on the above information, I believe probable cause exists establishing evidence that DANILO SIMOES CROCE has committed a violation of Title 18, United States Code, Section 371.  In particular, there is probable cause to believe that CROCE has conspired with FERNANDA CLEMENTE and others known and unknown to operate a business involved in the distribution of obscene matter by use of the United States mail, an express carrier, and an interactive computer service, in violation of 18 U.S.C. § 371. The objects of this conspiracy are violations of 18 U.S.C. §§ 1461 and 1462.  Accordingly, I respectfully request that this court issue an arrest warrant for DANILO SIMOES CROCE.

19

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 5, 2006.

Linda J. Walker
Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed
before me this _5 th_ day
of September, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

20